OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27 5
02 1W
0001401623 AUG. 12. 2015

**8/10/2015**
**RIVERA, JAVIER ANDRES**    Tr. Ct. No. 1266171-A                **WR-83,712-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



JAVIER ANDRES RIVERA
TDC # 1837132